IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC WATERMAN | : | CIVIL ACTION |
| v. | : | |
| MONEYGRAM INTERNATIONAL, INC. | : | NO.: 22-cv-1399 |

**O R D E R**

**AND NOW**, this 21st day of **JUNE, 2022**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable C. Darnell Jones to the calendar of the Honorable Wendy Beetlestone for further proceedings.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

 /s/George Wylesol
GEORGE WYLESOL
Clerk of Court